Gabby Rush
Direct Dial: (615) 248-4165
grush@spencerfane.com

April 24, 2025

Middle District of Tennessee Clerk of Court
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

To whom it may concern:

My name is Gabriella Rush, and I am an attorney in Nashville, Tennessee. I am writing you to request this Court register a foreign judgment in favor of my client, Fleet Engineers, Inc. The original judgment is from the Western District of Michigan, and a certified copy of said judgment is included with this letter. Thank you for your time and efforts.

Sincerely,

Gabriella Rush
BPR # 40372

GR/jat
Enclosure