**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT COURT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **FLEET ENGINEERS, INC.,** | |
| **Plaintiff,** | **Case No. 3:25-mc-00005** |
| **v.** | **HON. JUDGE RICHARDSON** |
| **MUDGUARD TECHNOLOGIES, LLC and TARUN N. SURTI,** | **Magistrate Judge Frensley** |
| **Defendants,** | |

**DEFENDANT TARUN N. SURTI'S PROTECTIVE MOTION FOR EXTENSION OF TIME DUE TO INTERNATIONAL TRAVEL**

**I.    INTRODUCTION**

Defendant Tarun N. Surti, appearing pro se and President of Mudguard Technologies, LLC, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6.01(a) for a protective extension of time with respect to any deadlines, response obligations, or filing requirements that may arise in this matter between June 30, 2026 and August 2, 2026. In support thereof, Defendant states as follows:

**II.    GROUNDS FOR MOTION**

1. Defendant will be traveling domestically from June 30, 2026 through July 7, 2026, and internationally, specifically to Japan, from July 8, 2026 returning back to Nashville on August 2, 2026.

2. During the international portion of Defendant's travel, Defendant will have significantly limited ability to access court filings, legal databases, and electronic filing systems, and will be unable to adequately prepare or file any required responses or submissions.

1

3. There are no currently pending deadlines in this matter within the affected period. This motion is filed as a precautionary measure to protect against any orders, schedules, or deadlines that may arise during Defendant's absence.

4. Defendant has notified opposing counsel of this planned absence and requested consent to the relief sought herein. Opposing counsel's position will be noted in the certificate of consultation filed herewith.

5. This motion is made in good faith and not for purposes of delay. No party will be prejudiced by the relief requested.

### III. RELIEF REQUESTED

Defendant respectfully requests that this Court enter an order extending by thirty (30) days, through and including September 2, 2026, any deadline, response period, or filing obligation that may arise or come due in this matter between June 30, 2026 and August 2, 2026.

### IV. CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Court grant this Protective Motion for Extension of Time.

Respectfully submitted,

Date: July 1, 2026　　　　　　　　　　By: *TARUN N. SURTI*

Tarun N Surti, *Pro Se, Defendant*
5928 Westheimer Drive
Brentwood, Tennessee 37027
615-812-6164 – email: vflaps@gmail.com

2

**CERTIFICATE OF CONSULTATION**

Pursuant to applicable local rules, Plaintiff certifies that on June 29, 2026, Plaintiff sent written notice to opposing counsel, G. Thomas Williams of McGarry Bair PC, and counsel at Spencer Fane LLP (Stephen J. Zralek and W. Justin Adams), advising of Plaintiff's planned absence and requesting consent to this extension no later than 5:00 p.m. Central Time on June 30, 2026. Opposing counsel's consent (response) is attached herewith.

Respectfully submitted,

Dated: July 1. 2026

By: *TARUN N. SURTI*

Tarun N Surti, *Pro Se, Plaintiff*
5928 Westheimer Drive
Brentwood, Tennessee 37027

615-812-6164 – email: vflaps@gmail.com

1

 Outlook

## Re: Notice of Planned Absence — Case Nos. 26-1117, 1:25-cv-00374, 3:25-cv-00122, 3:25-mc-00005

**From** G. Thomas Williams <gtw@mcgarrybair.com>

**Date** Tue 6/30/2026 7:43 AM

**To** Tarun Surti <vflaps@gmail.com>; Andrea R. Jacobson <arj@mcgarrybair.com>; Litigation Pleadings <pleadings@mcgarrybair.com>; AStaats@spencerfane.com <AStaats@spencerfane.com>; bbritt@spencerfane.com <bbritt@spencerfane.com>; Adams, Justin <wjadams@spencerfane.com>; Zralek, Stephen <szralek@spencerfane.com>

Mr. Surti:

Thank you for your notice. While I do not believe you need our consent to file your contemplated notice, we do not object. Safe travels.

- Tom

---

**From:** Tarun Surti <vflaps@gmail.com>
**Sent:** Monday, 29 June 2026 14:21:04
**To:** G. Thomas Williams <gtw@mcgarrybair.com>; Andrea R. Jacobson <arj@mcgarrybair.com>; Litigation Pleadings <pleadings@mcgarrybair.com>; AStaats@spencerfane.com <AStaats@spencerfane.com>; bbritt@spencerfane.com <bbritt@spencerfane.com>; Adams, Justin <wjadams@spencerfane.com>; AStaats@spencerfane.com <AStaats@spencerfane.com>; Zralek, Stephen <szralek@spencerfane.com>; Tarun <vflaps@gmail.com>
**Subject:** Notice of Planned Absence — Case Nos. 26-1117, 1:25-cv-00374, 3:25-cv-00122, 3:25-mc-00005

Dear Mr. Williams and Counsel at Spencer Fane:

This is to notify you that I will be traveling domestically from June 30, 2026 through July 7, 2026, and internationally from July 8, 2026 returning Nashville on August 2, 2026. During the international portion of my travel, I will have significantly limited availability to access court filings or respond to any deadlines that may arise.

I intend to file motions for extension of time and/or notices of unavailability in each of the above-referenced matters — the Federal Circuit (No. 26-1117), the Western District of Michigan (No. 1:25-cv-00374), and the Middle District of Tennessee (Nos. 3:25-cv-00122 and 3:25-mc-00005) — to address any deadlines falling within this window.

Pursuant to the applicable local rules requiring a certificate of consultation, I request that you advise me of your position — consent or objection — no later than 5:00 p.m. Central Time on June 30, 2026. If no response is received by that time, I will proceed with filing and note in the certificate of consultation that no response was received.

Respectfully,
Tarun N. Surti, Pro Se
5928 Westheimer Drive
Brentwood, Tennessee, 37027
Phone:615-812-6164

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 1, 2026, I filed the foregoing using the Court's CM/ECF system, which will serve all registered counsel of record.

1.  **DEFENDANT TARUN SURTI'S PROTECTIVE MOTION FOR EXTENSION OF TIME DUE TO INTERNATIONAL TRAVEL**

W. Justin Adams, TNBPR 022433
SPENCER FANE, LLP (Counsel for Plaintiff Fleet Engineers, Inc.)
511 Union Street, Suite 1000
Nashville, Tennessee 37219-1778
615-238-6300 (Telephone)
615-238-6301 (Facsimile)
wjadams@spencerfane.com

Tarun N Surti, *Pro Se, Defendant*
5928 Westheimer Drive
Brentwood, Tennessee 37027
615-812-6164 – email: vflaps@gmail.com

2