# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| Fleet Engineers<br>*Plaintiff*<br>v.<br>Mudguard Technologies, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 3:25-mc-0005 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mudguard Technologies .

Date: 08/31/2026

s/ G. Edward Powell III
*Attorney's signature*

G. Edward Powell (BPR #43915)
*Printed name and bar number*

Waddey Acheson LLC
1030 16th Avenue South, Ste 300
Nashville, TN 37212
*Address*

ed@waddeyacheson.com
*E-mail address*

(615) 839-1100
*Telephone number*

*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2026, a true and correct copy of the foregoing APPEARANCE OF COUNSEL will be served upon the Plaintiff via ECF or via the alternative methods of service previously employed in this case, including service by electronic mail to the following:

W. Justin Adams
SPENCER FANE, LLP
511 Union Street, Suite 1000
Nashville, TN 37219-1778
(615-238-6300
wjadams@spencerfane.com

G. Thomas Williams
McGarry Bair PC
5355 Northland Drive NE
Suite C, #226
Grand Rapids, MI 49525
gtw@mcgarrybair.com

/s/ *G. Edward Powell III*
G. Edward Powell III