**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION**

| | |
|---|---|
| **TRAMEC SLOAN, LLC, as successor in interest to FLEET ENGINEERS, INC.,**<br><br>**Plaintiff,**<br><br>***vs.***<br><br>**MUDGUARD TECHNOLOGIES, LLC,**<br><br>**Defendant.** | **No. 3:25-mc-00005**<br><br>**Judge Richardson**<br><br>**Magistrate Judge Frensley** |

**PLAINTIFF'S RESPONSE TO SURTI'S MOTION FOR LEAVE TO FILE REPLY WITH EXCESS PAGES**

Plaintiff Tramec Sloan, LLC ("Tramec"), successor in interest to Fleet Engineers, Inc. ("Fleet Engineers"), hereby responds to the motion of Non-Party Tarun Surti ("Surti") for leave to file a reply brief in support of his motions for review of the Magistrate Judge's non-dispositive orders with excess pages (Doc. 50). The Court should deny Surti's motion to file excess pages for the same reason it should deny his motions for review (Docs. 46 & 47): he is not a party in this proceeding, and he cannot represent the only Defendant in this proceeding.

For these reasons, Tramec asks the Court to deny Surti's motion and grant any other necessary or proper relief.

Dated September 8, 2026.

Respectfully submitted,

**SPENCER FANE LLP**

/s/ W. Justin Adams
W. Justin Adams, TNBPR 022433
511 Union Street, Suite 1000
Nashville, Tennessee 37219-1778
615-238-6300 (Telephone)
615-238-6301 (Facsimile)
wjadams@spencerfane.com

*Counsel for Tramec Sloan, LLC, as successor in interest to Fleet Engineers, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served via the Court's CM/ECF system on:

Mr. Tarun Surti
5928 Westheimer Dr.
Brentwood, TN 37027
vflaps@gmail.com

Ira C. Waddey, Esq.
G. Edward Powell III, Esq.
WADDEY ACHESON LLC
1030 16th Avenue South, Suite 300
Nashville, TN 37212
jack@waddeyacheson.com
ed@waddeyacheson.com

Counsel for Mudguard Technologies, LLC

today, September 8, 2026.

/s/ W. Justin Adams