UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRAMEC SLOAN, LLC,<br>Plaintiff,<br><br>v.<br><br>MUDGUARD TECHNOLOGIES, LLC et al.,<br>Defendants. | Case No. 3:25-mc-00005<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Luke A. Evans |

**ORDER**

This miscellaneous case began on April 24, 2025 with the registration of a judgment from the Western District of Michigan. (Doc. No. 1.) Per Clerk's Office practice, the case was closed the same day after completion of the registration. (Dkt. Entry Apr. 24, 2025.) Since the registration of the judgment, however, a number of filings and other events have occurred that raised procedural questions, including whether the judgment defendant is challenging the registered judgment itself; and, if so, whether this Court has the authority to disturb a sister court's judgment. *See, e.g., Uballe v. Lieberman*, No. 23-5739, 2024 WL 5406991, at *2 (6th Cir. Nov. 14, 2024) (raising the question without deciding it) (collecting cases); *compare, e.g., Bd. of Trs., Sheet Metal Workers' Nat. Pension Fund v. Elite Erectors, Inc.*, 212 F.3d 1031, 1034 (7th Cir. 2000) (no), *with Covington Indus., Inc. v. Resintex A. G.*, 629 F.2d 730, 733 (2d Cir. 1980) (yes). The procedural questions, which overlapped with questions raised in other litigation between the parties, prompted the Court to solicit a response from the parties as to whether this miscellaneous case should be transferred to the Western District of Michigan to resolve any issues that might be pending apart from the straightforward execution of a judgment under Rule 69 of the Federal Rules of Civil Procedure. (Doc. Nos. 52, 58, 59.)

The Court has reviewed the parties' responses and has decided that a status conference would help determine what next steps would be most appropriate for this case. Accordingly, the Court orders as follows:

1) The Clerk of the Court is DIRECTED to reopen this case.

2) This case is set for a telephonic status conference on Monday, October 26, 2026 at 10:00 AM CT. Counsel for each party shall call (855) 244-8681 and enter access code 2317 604 8628# to participate.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge