UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRAMEC SLOAN, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MUDGUARD TECHNOLOGIES, LLC, et al.,<br><br>Defendants. | Case No. 3:25-mc-00005<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Luke A. Evans |

**ORDER**

Counsel for the parties appeared for status conference on October 26, 2026. During the conference, counsel affirmed that neither party is contesting the legitimacy of the judgment at issue in this case.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge