ORDER:
The motion is GRANTED.

Luke A. Evans
U.S. Magistrate Judge

**IN THE UNITED STATES DISTRICT COU**
**FOR THE MIDDLE DISTRICT OF TENNES**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| TRAMEC SLOAN, LLC,<br>Plaintiff, | ) ) | Case No. 3:25-mc-00005 |
| v. | ) ) ) | Judge Waverly D. Crenshaw, Jr. |
| MUDGUARD TECHNOLOGIES, LLC<br>et al.,<br>Defendants. | ) ) ) ) | Magistrate Judge Luke A. Evans |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

For the reasons stated on the record at the October 26, 2026, status conference, Plaintiff Tramec Sloan, LLC and Defendant Mudguard Technologies, LLC jointly move the Court for entry of the proposed Stipulated Protective Order attached as Exhibit 1.

Dated: November 2, 2026

Respectfully submitted,

*/s/ G. Edward Powell III*
G. Edward Powell III (TN BPR #43915)
Ira Clinton Waddey, Jr. (TN BPR #2665)
Waddey Acheson LLC
1030 16th Ave S, Suite 300
Nashville, TN 37212
615-839-1100
ed@waddeyacheson.com
*Counsel for Defendant Mudguard Technologies, LLC*

*/s/ W. Justin Adams (by permission G. Edward Powell III)*
W. Justin Adams (TN BPR #22433)
Stephen J. Zralek (TN BPR #18971)
Spencer Fane LLP
511 Union Street, Suite 1000
Nashville, TN 37219
615-238-6300
wjadams@spencerfane.com
*Counsel for Plaintiff Tramec Sloan, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including:

Walter Justin Adams
Spencer Fane LLP
511 Union Street, Suite 1000
Nashville, TN 37219
wjadams@spencerfane.com
Counsel for Plaintiff Tramec Sloan, LLC

Tarun N. Surti
5928 Westheimer Drive
Brentwood, TN 37027
vflaps@gmail.com
Pro Se

*/s/ G. Edward Powell III*____________
G. Edward Powell III